```
            UNITED STATES DISTRICT COURT FOR THE
                   DISTRICT OF NEW HAMPSHIRE
```

United States of America

    v.                                   Criminal No. 02-22-JD

Nathaniel Ceasar

<u>O R D E R</u>

The defendant has filed an assented to motion to continue the revocation hearing in order to permit him to enter the Therapeutic Community Program, a ninety-day intensive substance abuse treatment program that is offered at the Strafford County House of Correction. The defendant would enter the program, if accepted, in approximately two weeks.

At the hearing today, the court informed the defendant of his right pursuant to Fed. R. Crim. P. 32.1(b)(2) to a hearing on the pending petition within a reasonable time. Based on the defendant's responses to the court's questions, the court finds that the defendant has knowingly and voluntarily given up his right to have the hearing held within a reasonable time in order to permit him to enter and complete the program. Therefore, the court grants the defendant's motion.

The court recommends to the Strafford County House of Correction that the defendant be permitted to participate in the Therapeutic Community Program.  The court shall be informed promptly if the defendant is <u>not</u> admitted to the program.

If admitted to the program, the defendant shall comply with all the rules and regulations of the program and in the event that he fails to do so and is dismissed from the program the court shall be promptly notified.

If the defendant completes the program, the court shall be promptly notified and a hearing on the pending petition will be scheduled.  The court reserves to the defendant the right at any time to request a hearing on the pending petition.

SO ORDERED.

/s/ Joseph A. DiClerico, Jr.
Joseph A. DiClerico, Jr.
United States District Judge

July 1, 2008

cc:  Andrew M. Gallagher, Esquire
     Bjorn R. Lange, Esquire
     Aixa Maldonado-Quinones, Esquire
     Terry L. Ollila, Esquire
     Lawrence A. Vogelman, Esquire